(April 2, 2009)

■ In the Matter of PHYLLIS REAVES, Petitioner, v SHAUN DONOVAN, as Commissioner of the Department of Housing Preservation and Development of the City of New York, et al., Respondents. [874 NYS2d 913]—Proceeding challenging a determination of Department of Housing Preservation and Development, dated August 13, 2007, transferred to this Court by order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered June 30, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Gonzalez, P.J., Tom, Sweeny, Catterson and Renwick, JJ.